# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Manuel Munoz-Gaytan )
)
)

CASE NUMBER 18mj2520RNB

ABSTRACT OF ORDER

Booking No. 09817098

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5/30/18

the Court entered the following order:

_____ X Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ X Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Robert N. Block

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____
DUSM

JOHN MORRILL                    Clerk
by _____
                              Deputy Clerk
Rui Ann Bass

Crim-9    (Rev. 8-11)                    ☆ U.S. GPO: 1996-783-398/40151